CLAIRE ARROYO v. SOMERSET COUNTY BOARD OF
SOCIAL SERVICES.

July 2, 1984.

Petition for certification denied.

WILLIAM A. FASOLO v. BOARD OF TRUSTEES OF DIVISION
OF PENSIONS OF NEW JERSEY TREASURY.

July 2, 1984.

Petition for certification denied.

JOSEPH M. CAVO v. CHARLES J. TAYLOR.

July 2, 1984.

Petition for certification denied.

THOMAS ANZALONE v. JEROME L. HAMLIN, CITY
OF LONG BRANCH.

July 2, 1984.

Petition for certification denied.